## Kelly et ux. *v.* Yount, Appellant.

Argued March 18, 1940. Before Schaffer, C. J., Maxey, Drew, Linn, Stern, Barnes and Patterson, JJ.

*William A. Challener, Jr.,* with him *William A. Challener,* of *Challener & Challener,* for appellant.

*H. S. Millar*, with him *Brandon & Brandon*, for appellee.

PER CURIAM, April 15, 1940:

The majority of the members of this court, Mr. Chief Justice SCHAFFER and Mr. Justice LINN dissenting, agree that the judgments of the learned Superior Court should be affirmed upon the opinion of Judge HIRT, reported at 135 Pa. Superior Ct. 528.

Judgments affirmed.